**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**



FILED
AUG 2 2 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ERIC EMANUEL TAYLOR,
    Plaintiff,

v.                              CASE NO. 2:12CV448

JOHN G. ROBERTS, JR., et al,
    Defendants,

**JUDGMENT IN A CIVIL CASE**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that this case is hereby **DISMISSED** without prejudice to Plaintiff's right to file a paid complaint.

DATED: August 22, 2012           FERNANDO GALINDO
                                                Clerk of Court
                                                    /s/
                                   By: _____
                                        M. J. Cowart, Deputy Clerk